# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT of CALIFORNIA

**FILED**
OCT 1 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

APPEARANCE and COMPLIANCE BOND

Defendant: **Chansamouth Phiachantharath**

CASE Number: **1:07mj 00237**

Non-surety: I, the undersigned defendant acknowledge that I and my ...
Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ **100,000.00**, and there has been deposited in the Registry of the Court the sum of
$ **-0-** in cash or **N/A** (describe other security.)

The conditions of this bond are that the defendant, **Chansamouth Phiachantharath**
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of condition of defendant's release as may be ordered to notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding or appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on **10-11-07** at **U.S. District Court, 2500 Tulare St, Fresno CA 93721**
         Date                              Place

Defendant: _____  Address (City/State) _____
★ Surety: _____  Address (City/State) _____
Surety: _____  Address (City/State) _____

Signed and acknowledged before me on **10-11-07**
                                        Date

_____
Judicial Officer/Clerk

cc: AUSA, PTS, Fed Defender/Counsel

Approved: _____
          Judicial Officer

AO98A  (9/01)

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at ~~[illegible]~~ (city, state) Fresno, CA 93727 ; and that my net worth is the sum of one hundred thousand & 00/100 dollars ( $ 100,000.00 ).

I further state that Equity ~~to~~ Rental home * _[signature]_
_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on  10-11-07
                                                      Date

at  U.S. District Court, 2500 Tulare Fresno CA 93721
                                        Place

Deputy Clerk                            _Vasquez_
Name and Title                          Signature of Judicial Officer/Clerk

---

I, the undersigned surety, say that I reside at _____
_____ ; and that my net worth is the sum of
_____ dollars ( $ _____ ).

I further state that
_____
_____
Surety

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                       Date

at _____
                 Place

_____           _____
Name and Title                          Signature of Judicial Officer/Clerk

Justification Approved: _[signature]_
                        Judicial Officer