1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600        FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT CHANSAMOUTH PHIACHANTHARATH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO: 1:07-CR-268 OWW** |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **SENTENCING** |
| | ) | |
| CHANSAMOUTH PHIACHANTHARATH | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, CHANSAMOUTH PHIACHANTHARATH by and through his counsel Jim T. Elia, hereby requests the sentencing date in this case be continued from June 15, 2009 at 1:30 p.m. until August 10, 2009 at 1:30 p.m.

The Assistant United States Attorney Laurel J. Montoya has agreed to the continuance, as well as the new date.

DATED: June 3, 2000                    Respectfully submitted,

                                       /s/ Jim T. Elia
                                       JIM T. ELIA, ATTORNEY
                                       FOR DEFENDANT
                                       CHANSAMOUTH PHIACHANTHARATH

# IN THE UNITED STATED DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHANSAMOUTH PHIACHANTHARATH ) <br> Defendant. ) <br> _____ ) | **CASE NO: 1:07-CR-268 OWW** <br><br> **ORDER** |

**GOOD CAUSE APPEARING**: It is hereby ordered that sentencing date for CHANSAMOUTH PHIACHANTHARATH be continued from June 15, 2009 at 1:30 p.m. to August 10, 2009 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   June 3, 2009**                             /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE