BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-cr-00268-OWW |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON |
| CHANSAMOUTH PHIACHANTHARATH, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the sentencing hearing currently set for **November 16, 2009** be continued to **February 22, 2010 at 9:00 a.m.** The matter is not ready for sentencing and additional time is needed.

Dated: November 10, 2009                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Laurel J. Montoya
                                            LAUREL J. MONTOYA
                                            Assistant U.S. Attorney


Dated: November 10, 2009                    /s/ Jim T. Elia
                                            JIM T. ELIA
                                            Attorney for the Defendant

1

<u>ORDER CONTINUING HEARING DATE</u>

IT IS SO ORDERED.

**Dated:   <u>November 10, 2009</u>**           <u>  /s/ Oliver W. Wanger  </u>
                                          UNITED STATES DISTRICT JUDGE

2