JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT CHANSAMOUTH PHIACHANTHARATH

| | |
|---|---|
| UNITED STATES OF AMERICA          ) | **CASE NO: 1:07-CR-268 OWW** |
| Plaintiff,          ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs.          ) | **SENTENCING** |
| ) | |
| CHANSAMOUTH PHIACHANTHARATH)          | |
| Defendant.          ) | |
| _____  ) | |

The defendant, CHANSAMOUTH PHIACHANTHARATH by and through his counsel Jim T. Elia, hereby requests the sentencing date in this case be continued from February 22, 2010 at 9:00 a.m. until March 15, 2010 at 9:00 a.m.

The Assistant United States Attorney Laurel J. Montoya has agreed to the continuance, as well as the new date.

.
DATED: February 18, 2010                    Respectfully submitted,

                                                            /s/ Jim T. Elia
                                                            JIM T. ELIA, ATTORNEY
                                                            FOR DEFENDANT
                                                            CHANSAMOUTH PHIACHANTHARATH

                                                            /s/ Laurel J. Montoya
                                                            ASSISTANT U.S. ATTORNEY

**IN THE UNITED STATED DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO: 1:07-CR-268 OWW** |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| CHANSAMOUTH PHIACHANTHARATH) | |
| Defendant. ) | |
| _____ ) | |

     **GOOD CAUSE APPEARING**: It is hereby ordered that sentencing date for

CHANSAMOUTH PHIACHANTHARATH be continued from February 22, 2010 at 9:00 a.m. to

March 15, 2010 at 9:00 a.m.

                                       IT IS SO ORDERED.

**Dated:   February 18, 2010**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE