JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600         FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT CHANSAMOUTH PHIACHNTHARATH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>CHANSAMOUTH PHIACHANTHARATH<br>　　　　Defendant. | **CASE NO: 1:07-CR-268 OWW**<br><br>**APPLICATION FOR ORDER SEALING SENTENCING MEMORANDUM & ORDER**<br><br>DATE: March 15, 2010<br>TIME: 9:00 a.m.<br>HONORABLE OLIVER W. WANGER |

**COMES NOW** the defendant CHANSAMOUTH PHIANTHARATH to apply for an order permitting him to file under seal the Sentencing Memorandum.  The memorandum will be hand delivered to the Assistant Untied States Attorney Laurel J. Montoya and Leighann L. Milford, Senior United States Probation Officer.

The defendant CHANSAMOUTH PHIACHANTHARATH respectfully requests the Court order the Sentencing Memorandum be scanned by the Clerks Office into the sealed Section of the ECF.

DATED: March 1, 2010                                     Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jim T. Elia
　　　　　　　　　　　　　　　　　　　　　　　　　JIM T. ELIA
　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　　　　　　CHANSAMOUTH PHIACHANTHARATH

**SEALING ORDER**

**GOOD CAUSE APPEARING:** It is hereby ordered that the Sentencing Memorandum regarding defendant CHANSAMOUTH PHIACHANTHARATH be filed under seal, and the documents be scanned by the Clerk's Office into the sealed Section of ECF.

IT IS SO ORDERED.

**Dated:   March 1, 2010**               /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

- 2 -