1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT CHANSAMOUTH PHIACHANTHARATH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO: 1:07-CR-268 OWW** |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **SENTENCING** |
| | ) | |
| CHANSAMOUTH PHIACHANTHARATH | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, CHANSAMOUTH PHIACHANTHARATH by and through his counsel Jim T. Elia, hereby requests the sentencing date in this case be continued from March 15, 2010 at 9:00 a.m. until April 12, 2010 at 9:00 a.m.

The Assistant United States Attorney Laurel J. Montoya has agreed to the continuance, as well as the new date.

DATED: March 11, 2010                    Respectfully submitted,

                                         /s/ Jim T. Elia
                                         JIM T. ELIA, ATTORNEY
                                         FOR DEFENDANT
                                         CHANSAMOUTH PHIACHANTHARATH

                                         /s/ Laurel J. Montoya
                                         ASSISTANT U.S. ATTORNEY

**IN THE UNITED STATED DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>             Plaintiff,    )<br>                              )<br>vs.                           )<br>                              )<br>CHANSAMOUTH PHIACHANTHARATH)<br>             Defendant.   )<br>                              ) | **CASE NO: 1:07-CR-268 OWW**<br><br>**ORDER** |

**GOOD CAUSE APPEARING**: It is hereby ordered that sentencing date for CHANSAMOUTH PHIACHANTHARATH be continued from March 15, 2010 at 9:00 a.m. to April 12, 2010 at 9:00 a.m.

                                                                                                   IT IS SO ORDERED.

**Dated:   March 11, 2010**                             /s/ Oliver W. Wanger
                                                                            UNITED STATES DISTRICT JUDGE