JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600           FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT CHANSAMOUTH PHIACHANTHARATH

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHANSAMOUTH PHIACHANTHARATH) <br> Defendant. ) <br> _____ ) | **CASE NO: 1:07-CR-268 OWW** <br><br> **STIPULATION TO EXTEND SURRENDER DATE & ORDER** |

    The defendant, CHANSAMOUTH PHIACHANTHARATH by and through his counsel Jim T. Elia, hereby requests the surrender date of June 10, 2010 in this case be extended to July 8, 2010.

    Defendant will surrender to the United States Marshall on July 8, 2010 before 2:00 p.m.

    The Assistant United States Attorney Laurel J. Montoya has agreed to extend the surrender date of the above defendant to July 8, 2010.

DATED: June 4, 2010                              Respectfully submitted,

                                                             /s/ Jim T. Elia
                                                             JIM T. ELIA, ATTORNEY
                                                             FOR DEFENDANT
                                                             CHANSAMOUTH PHIACHANTHARATH

                                                             /s/ Laurel J. Montoya
                                                             ASSISTANT U.S. ATTORNEY

**IN THE UNITED STATED DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHANSAMOUTH PHIACHANTHARATH ) <br> Defendant. ) <br> ) | **CASE NO: 1:07-CR-268 OWW** <br><br> **ORDER** |

**GOOD CAUSE APPEARING**: It is hereby ordered that the surrender date for CHANSAMOUTH PHIACHANTHARATH be extended from June 10, 2010 to July 8, 2010.

Defendant will surrender to the United States Marshall on July 8, 2010 by 2:00 p.m.

DATED:  June 4, 2010               /s/ OLIVER W. WANGER
                                    HONORABLE JUDGE
                                    OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE