JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT CHANSAMOUTH PHIACHANTHARATH

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHANSAMOUTH PHIACHANTHARATH)<br>Defendant. )<br>_____ ) | **CASE NO: 1:07-CR-268 OWW**<br><br>**STIPULATION TO EXTEND**<br>**SURRENDER DATE & ORDER** |

The defendant, CHANSAMOUTH PHIACHANTHARATH by and through his counsel Jim T. Elia, hereby requests the surrender date of July 8, 2010 in this case be extended to August 8, 2010.

The Assistant United States Attorney Laurel J. Montoya has agreed to extend the surrender date of the above defendant to August 8, 2010.

Defendant will surrender to the United State Marshal in Fresno, California on August 8, 2010 before 4:00 p.m.

DATED: July 6, 2010                      Respectfully submitted,

/s/ Jim T. Elia
JIM T. ELIA, ATTORNEY
FOR DEFENDANT
CHANSAMOUTH PHIACHANTHARATH

/s/ Laurel J. Montoya
ASSISTANT U.S. ATTORNEY

**IN THE UNITED STATED DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　 )<br>vs. )<br>　　　　　　　　　　　　 )<br>CHANSAMOUTH PHIACHANTHARATH)<br>　　　　　　Defendant. )<br>　　　　　　　　　　　　 ) | **CASE NO: 1:07-CR-268 OWW**<br><br>**ORDER** |

**GOOD CAUSE APPEARING**: It is hereby ordered that the surrender date for CHANSAMOUTH PHIACHANTHARATH be extended from July 8, 2010 to August 8, 2010.

Defendant will surrender to the United States Marshall in Fresno, California on August 8, 2010 by 4:00 p.m.

　　　　　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

**Dated:　July 6, 2010**　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 2 -