1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT CHANSAMOUTH PHIACHANTHARATH
5

6
   UNITED STATES OF AMERICA          )     **CASE NO: 1:07-CR-268 OWW**
7                 Plaintiff,         )
                                     )     **AMENDED STIPULATION TO EXTEND**
8  vs.                               )     **SURRENDER DATE & ORDER**
                                     )
9  CHANSAMOUTH PHIACHANTHARATH)
                 Defendant.          )
10 _____   )

11
       The defendant, CHANSAMOUTH PHIACHANTHARATH by and through his counsel Jim
12
   T. Elia, hereby requests the surrender date of July 8, 2010 in this case be extended to August 9,
13
   2010.
14
       The Assistant United States Attorney Laurel J. Montoya has agreed to extend the surrender
15
   date of the above defendant to August 9, 2010.
16
       Defendant will surrender to the United States Marshal in Fresno, California on August 9,
17
   2010 by 12:00 p.m.
18
   .
19 DATED: July 8, 2010                       Respectfully submitted,

20
                                             /s/ Jim T. Elia
21                                           JIM T. ELIA, ATTORNEY
                                             FOR DEFENDANT
22                                           CHANSAMOUTH PHIACHANTHARATH

23
                                             /s/ Laurel J. Montoya
24                                           ASSISTANT U.S. ATTORNEY

25

26

27

28

**IN THE UNITED STATED DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                Plaintiff, )<br>                           )<br>vs.                           )<br>                           )<br>CHANSAMOUTH PHIACHANTHARATH)<br>                Defendant. )<br>                           ) | **CASE NO: 1:07-CR-268 OWW**<br><br>**ORDER** |

**GOOD CAUSE APPEARING**: It is hereby ordered that the surrender date for CHANSAMOUTH PHIACHANTHARATH be extended from July 8, 2010 to **August 9, 2010.**

Defendant will surrender to the United States Marshall in Fresno, California on August 9, 2010 by 12:00 p.m.

DATED: July 8, 2010                         /s/ OLIVER W. WANGER
                                         UNITED STATES DISTRICT JUDGE