JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT CHANSAMOUTH PHIACHANTHARATH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHANSAMOUTH PHIACHANTHARATH) <br> Defendant. ) <br> _____ ) | **CASE NO: 1:07-CR-00268 OWW** <br><br> **APPLICATION AND ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON** |

Defendant CHANSAMOUTH PHIACHANTHARATH, by and through his counsel of record, Attorney Jim T. Elia, hereby moves this court for an order exonerating the bond and for reconveyance of real property in the above-captioned case.

On April 26, 2010, defendant Chansamouth Phiachantharath was sentenced to the Bureau of Prisons in the State of California. Mr. Phiachantharath surrender date was August 9, 2010.

On October 19, 2007 a deed of trust and promissory note was provided to the court for property located in Fresno, California. Owners, Sarasing Sundara and La Xayyamountry. (Deed #2007-0192242). The property in question was used as a property bond to secure Mr. Phiachantharath's appearances.

Since Mr. Phiachantharath surrendered to the United States Marshal on August 9, 2010, the above owners respectfully request the court exonerate the bond previously set by the magistrate court and reconvey the property securing said bond.

DATED: September 29, 2010                    Respectfully submitted,


                                             /s/ Jim T. Elia
                                              JIM T. ELIA
                                             ATTORNEY FOR DEFENDANT
                                             CHANSAMOUTH PHIACHANTHARTH

**ORDER**

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property securing said bond be reconveyed to the owners of said property. (DEED DOC #2007-0192242).

IT IS SO ORDERED.

**Dated:**   **September 29, 2010**            /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE